**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**MANTISSA CORPORATION,**

      **Plaintiff,**

                                     **Case No. 1:17-cv-09175**

**v.**

                                     **Hon.**

**OLD SECOND BANCORP, INC. and OLD**
**SECOND NATIONAL BANK,**

      **Defendants.**

---

## PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, Plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

**1.**    **Name and Address of Plaintiff:**

Mantissa Corporation, 1012 Edenton St., Birmingham, AL 35242-9258.

**2.**    **Name and Address of Defendant(s):**

Defendant Old Second Bancorp, Inc., 37 South River Street, Aurora, Illinois 60506-4173.

Defendant Old Second National Bank, 37 South River Street, Aurora, Illinois 60506-4172.

**3.**    **Name of Inventors:**

Gary M. Dennis, Sharon M. Dennis

**4.**    **United States Patent Number Involved:**

9,361,658.

Dated: December 20, 2017                     Respectfully submitted,

                                             _/s/ Nicholas A. Kurk_
                                             Nicholas A. Kurk (ARDC 6292133)

Young Basile Hanlon & MacFarlane, P.C.
150 N. Wacker Dr., Suite 1450
Chicago, IL 60606
(312) 754-9332 / (248) 649-3338 Fax
kurk@youngbasile.com

-and-

John Demarco (*Pro Hac Vice To Be Filed*)
Young Basile Hanlon & MacFarlane, P.C.
700 Milam St., Suite 1300
Houston, TX 77002
(832) 871-5058 / (248) 649-3338 Fax
demarco@youngbasile.com

-and-

Kenneth A Godlewski
(*Pro Hac Vice To Be Filed*)
Hunter Taubman Fischer LLC
1201 15th Street, NW, Suite 200
Washington, DC 20005
202-704-5860 / 202-659-2697 Fax
kgodlewski@htflawyers.com

*Attorneys for Plaintiff*