UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MANTISSA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-09175 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| OLD SECOND BANCORP, INC. and | ) | |
| OLD SECOND NATIONAL BANK, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME FOR**
**DEFENDANTS TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

NOW COMES Defendants Old Second Bancorp, Inc. and Old Second National Bank, (collectively, "Old Second"), through its attorney, Adam Wolek, and for the Agreed Motion to Extend Time for Defendants to Answer the Complaint or otherwise plead:

1. Plaintiff filed its Complaint for Patent Infringement against Defendants on December 20, 2017.

2. Plaintiff served Defendants on December 21, 2017.

3. The deadline for Defendants to Answer the Complaint or otherwise plead is January 11, 2018.

4. Defendants have requested additional time to prepare their response to the Complaint or to otherwise plead.

5. Plaintiff agrees to this motion.

6. Accordingly, Old Second respectfully requests an extension of time for the Defendants to Answer the Complaint or otherwise plead for 14 days, or until January 25, 2018.

WHEREFORE, Defendants Old Second respectfully requests that this Court extend the time for Defendants to Answer the Complaint or otherwise plead for 14 days, or until January 25, 2018.

Dated: January 10, 2018          Respectfully submitted,

/s/ *Adam Wolek*
Adam Wolek
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601
(312) 836-4063 / (312) 527-4011 Fax
awolek@taftlaw.com
*Attorney for Defendants Old Second Bancorp., Inc. and Old Second National Bank*

/s/*Nicholas A. Kurk (with permission)*
Nicholas A. Kurk
Young Basile Hanlon & MacFarlane, P.C.
150 N. Wacker Dr., Suite 1450
Chicago, IL 60606
(312) 754-9332 / (248) 649-3338 Fax
kurk@youngbasile.com
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 10, 2018, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.


By: */s/ Adam Wolek*
Adam Wolek