# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**MANTISSA CORPORATION,**

    Plaintiff,

v.

**OLD SECOND BANCORP, INC. and**
**OLD SECOND NATIONAL BANK,**

    Defendants.

Case No. 1:17-cv-09175

Hon. Ruben Castillo

JURY TRIAL DEMANDED

## NOTICE OF PLAINTIFF'S MOTION TO LIFT THE STAY

TO:    ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 19, 2018, at 9:45 AM, or as soon thereafter counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo, or any judge who may be sitting in his stead, in Room 2541 of the Federal Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604 and then and there present to the Court Plaintiff's Motion to Life the Stay, a copy of which is being served upon you.

Respectfully submitted,

Young, Basile, Hanlon & MacFarlane, P.C.

By:  */s/ Nicholas A. Kurk*
      Nicholas A. Kurk (6292133)
      150 N. Wacker Drive, Suite 1450
      Chicago, IL 60606
      (312) 754-9332

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on December 11, 2018, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                By:  */s/ Nicholas A. Kurk*
                    Nicholas A. Kurk